

Gerald C. Mann
~~PRESIDENT~~
ATTORNEY GENERAL

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS

Hon. A. A. Sutton
County Auditor
Anderson County
Palestine, Texas

Opinion No. O-3836
Re: Consolidation or annexation of
school districts which have bonded
indebtedness

Dear Sir:

We have received your letter of recent date which
we quote in part as follows:

"Please advise me whether or not the fact
that a school district has a bonded indebted-
ness against it would prevent its consolidation
with or annexation to another school district."

We assume from your question that you are interest-
ed in the situation where an entire school district is to be
consolidated with another school district. You wish to know
whether the fact that the school district has a bonded in-
debtedness would prevent such consolidation. Your question
is general in nature, and it will be answered accordingly.

Article 2806, Vernon's Annotated Civil Statutes, is
a general law which authorizes the consolidation of school
districts and set out the procedure to be followed. Article
2807 provides for the assumption of outstanding bonds. Arti-
cle 2807 reads as follows:

"If at the time of such proposed consolida-
tion there are outstanding bonds of any of such
districts, then at an election held for that pur-
pose on some future day, there shall be, or at
the election held for the purposes of consolida-
tion, there may be, submitted to the qualified
tax paying voters of such proposed consolidated
district the question as to whether or not the
said consolidated district shall assume and pay
off said outstanding bonds and whether or not
a tax shall be levied therefor. If said election
on the question of assuming said outstanding
bonds is held on the day upon which the election
on the question of consolidation is held, there
shall be separate notices, ballots, and ballot
boxes and tally sheets for the two separate elec-
tions. If a majority of said voters should vote
at either of said elections to assume and pay off

said bonded indebtedness, then said bonded indebtedness shall become valid and subsisting obligations of said consolidated district, and the proper officers thereof shall annually thereafter levy sufficient taxes to pay the interest thereon as it accrues and to pmpate a sinking fund which in addition to the sinking funds already accumulated in the original bonded district will pay off and retire the said outstanding bonds when they shall become due."

In view of Articles 2806 and 2807 you are respectfully advised that the fact that a school district has outstanding a bonded indebtedness would not in itself prevent the district from being consolidated with another school district.

With respect to the grouping of districts into or consolidation of rural high school districts we refer you to Title 49, Chapter Nineteen A, and especially Articles 2922a, 2922h, and 2922aa, Vernon's Annotated Civil Statutes.

APPROVED APR 9, 1942

/s/ Grover Sellers

FIRST ASSISTANT ATTORNEY
GENERAL.

APPROVED: OPINION COMMITTEE
BY:        BWB, CHAIRMAN

GWS:db:wb

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ George W. Sparks

George W. Sparks, Assistant